CHARLES SCHULTZ, appellant,

*v.*

EMMA MITTELSTAEDT et al., respondents.

On appeal from a decree of the chancellor, adjudging that the complainants' mortgage is paid and should be canceled.

*Mr. John W. Bissell,* for the appellant.

*Mr. John Garrick,* for the respondents.

PER CURIAM.

Decree affirmed, for reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH, WHITAKER—12.

*For reversal*—None.